IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 25- |
| CALEB DAVIS | : | |

ORDER FOR BENCH WARRANT

AND NOW, this 14th day of August, 2025, on motion of David Metcalf, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HON. CAROLINE GOLDNER CINQUANTO
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

v.       :       CRIMINAL NO. 25-

CALEB DAVIS       :

## MOTION FOR BENCH WARRANT

AND NOW, this 14th day of August, 2025, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and David R. Osborne, Special Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

DAVID METCALF
United States Attorney

_s/ David R. Osborne_
DAVID R. OSBORNE
Special Assistant United States Attorney